# UNITED STATES BANRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| IN RE | : | |
| --- | --- | --- |
| | : | |
| JUANITA HIGH WEBB, | : | Case No. 19-03722-TOM13 |
| | : | Chapter 13 |
| DEBTOR. | : | Judge TAMARA O MITCHELL |

---

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY FILED BY US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE BUNGALOW SERIES IV TRUST

This matter coming before the Court on March 4, 2021 on the Motion for Relief from Automatic Stay and Co-Debtor Stay filed by US Bank Trust National Association as Trustee of the Bungalow Series IV Trust (hereinafter "Creditor"), and this Court being informed of the agreement of the parties hereto, it is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Motion for Relief from Stay and Co-Debtor Stay filed by the Creditor is hereby conditionally denied. The Creditor shall file a claim for the post-petition mortgage arrearage for September 2019, through March 2021, plus attorney fees and costs in connection with Creditor's Motion for Relief from Stay, and the Debtor shall file a Motion to Modify the Plan for said arrearage, fees and costs. The arrearage to be put into the plan is as follows:

   | | |
   | --- | --- |
   | 4 payments @ $750.10 for 12/2020 to 03/2021: | $3,000.40 |
   | Attorney Fees and Costs for MFR: | $1,238.00 |
   | Less Unapplied: | (-$593.45) |
   | Total: | $3,644.95 |

2. The fixed monthly payment on the post-petition arrears claim shall be in the amount of $115.00 per month and plan payments shall increase to $465.00 per month.

3. Should the Debtor default under the mortgage agreement between the parties by failing to make payments due on the 1<u>st</u> day of each month beginning April 2021, the Creditor may file with the Court a pleading to renew its motion and a hearing will be scheduled by subsequent notice.

4. If relief from the automatic stay under 11 U.S.C. § 362 and § 1301 becomes effective, this Creditor is thereafter entitled to enforce any and all of its right, title, interest in and to the subject property under applicable non-bankruptcy law. The filing and service of Notice of Payment Change and/or Notices of Post-Petition Fees, Expenses, and Charges,

as described by FRBP 3002.1(b) and FRBP 3002.1(c) are not required once relief from the automatic stay under 11 U.S.C. § 362 is triggered and becomes effective. Upon entry of this Order granting relief from the automatic stay under 11 U.S.C. § 362, the 14-day stay of Rule FRBP 4001(a)(3) is waived.

Done this the 10th day of March 2021.

/s/ Tamara O. Mitchell_____
Tamara O. Mitchell
United States Bankruptcy Judge

This Order was submitted to the Debtor's attorney and Trustee to review prior to submission to the Court.

This document was prepared by:
Mark A. Baker, ASB 2549-E57M
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: (404) 474-7149
Facsimile: (404) 745-8121
E-mail: mbaker@mtglaw.com
Attorneys for Creditor