UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: )
    Juanita High Webb, )
)   Case Number: 19-03722-TOM13
)
    Debtor. )

## OBJECTION TO CLAIM

COMES NOW the Debtor in the above styled matter, by and through her attorney of record, and objects to the following claim:

| Claim No. | Claimant | Amount | Specific Basis for Objection |
|---|---|---|---|
| 7 | US Bank Trust, NA | $2,344.68 | The Automatic Stay terminated on December 15, 2022 pursuant to the attached Notice Of Termination Of Stay For Debtor's Failure To Cure Default Under Agreed Order Denying Motion For Relief From Automatic Stay. |

WHEREFORE, PREMISES CONSIDERED, your Debtor respectfully requests, after notice and hearing, said claim be disallowed.

Respectfully submitted,

/s/ *Robert D. Reese*
Robert D. Reese, Attorney for Debtor
Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane, Suite 140
Birmingham, Alabama 35244
(205) 802-2200

## CERTIFICATE OF SERVICE

   I hereby certify that I have served a copy of the foregoing pleading upon Bradford W. Caraway, Chapter 13 Trustee electronically via CM/ECF to ctmail@ch13bham.com and the creditor listed below via United States Mail properly addressed and pre-paid first-class postage on March 6, 2023.

U.S. Bank Trust, NA
13801 Wireless Way
Oklahoma City, OK 73134

Hugh Andrew Smith, Esq.
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092

          /s/ *Robert D. Reese*
          Robert D. Reese

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
BIRMINGHAM DIVISION

| | | |
|---|---|---|
| IN RE | : | |
| | : | |
| JUANITA HIGH WEBB | : | Case No. 19-03722-TOM13 |
| Debtor, | : | |

**NOTICE OF TERMINATION OF STAY FOR DEBTOR'S FAILURE TO CURE DEFAULT UNDER AGREED ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY**

THE COURT entered an Agreed Order on March 10, 2021, upon the Motion of U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust (the "Movant") for relief from the automatic stay (Doc. No. 50). Pursuant to the Agreed Order, if Debtor defaulted in the terms thereof, Movant was required to provide a notice to the Debtor and an opportunity to cure such default. A copy of the Notice is attached as Exhibit A.

Movant provided Notice of Default on November 18, 2022. More than twenty (20) days have elapsed, and Debtor has failed to cure the default as set forth in the Notice.

Therefore, pursuant to the Agreed Order, the automatic stay is deemed to have terminated on the real property commonly known as 883 McCary Street Southwest, Birmingham, AL 35211 without further order of the court.

This 15th day of December 2022.

Respectfully submitted,

By: /s/ Hugh Andrew Smith
Hugh Andrew Smith, ABN 3408G20C
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: hsmith@mtglaw.com
MTG File No.: 22-000203-05

# CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing **NOTICE OF TERMINATION OF STAY FOR DEBTOR'S FAILURE TO CURE DEFAULT UNDER AGREED ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY** to the parties listed below by placing a copy of the same in the United States Mail first-class, postageprepaid, on December 15, 2022. Debtor's counsel and Chapter 13 Trustee were servedwith this Motion via electronic filing issued by the Court Clerk to the email address on record with the Court.

VIA U.S. REGULAR MAIL:

Juanita High Webb
883 McCary Street Southwest
Birmingham, AL 35211

VIA CM/ECF:

J. Suzanne Shinn
Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane
Suite 140
Birmingham, AL 35244

Bradford W. Caraway
Chapter 13 Standing Trustee
P O Box 10848
Birmingham, AL 35202-0848

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By: /s/ Hugh Andrew Smith
Hugh Andrew Smith, ABN
3408G20C
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: hsmith@mtglaw.com
MTG File No.: 22-000203-05

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
BIRMINGHAM DIVISION

| | | |
|---|---|---|
| IN RE | : | |
| | : | |
| **Juanita High Webb,** | : | |
| | : | Case No. 19-03722-TOM13 |
| | : | Chapter 13 |
| **Debtors.** | : | |

NOTICE OF DEFAULT PURSUANT TO ORDER
CONDITIONALLY DENYING RELIEF FROM STAY

Creditor U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust, hereby notifies debtor of a default pursuant to the terms of the order conditionally denying relief from stay (doc. 63) entered in this case on March 30, 2022. The nature of the default is as follows:

☐ Failure to make the following payments: <u>Ongoing monthly payments for October 01, 2022 through November 01, 2022 in the amount of $686.53 each, attorney fees in the amount of $100.00, unapplied funds owed to borrower in the amount of $50.57.</u>

The amount required to cure any monetary default is $1,422.49. If the default is not cured within twenty (20) days of the date this notice is issued, this creditor may file a notice of termination of stay and the stay will terminate without further court order as to the following collateral (describe): <u>883 McCary Street Southwest, Birmingham, AL 35211.</u>

/s/ Hugh Smith
Hugh Smith, ASB 3408G20C
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
(404) 474-7149
Attorney for Creditor
hsmith@mtglaw.com

Certificate of Service

      I certify that on November 18, 2022 I have served this pleading on the Chapter 13 trustee and counsel for debtor(s) by ECF electronic noticing and on the debtor(s) by first class mail at the following address:

**VIA U.S. MAIL**

Juanita High Webb
883 McCary Street Southwest
Birmingham, AL 35211

**VIA CM/ECF**

J. Suzanne Shinn
Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane
Suite 140
Birmingham, AL 35244
Email: ecfbirmingham@bondnbotes.com

Bradford W. Caraway
P.O. Box 10848
Birmingham, AL 35202-0848

                                              /s/ Hugh Smith_____
                                              Hugh Smith, ASB 3408G20C
                                              McMichael Taylor Gray, LLC
                                              3550 Engineering Drive, Suite 260
                                              Peachtree Corners, GA 30092
                                              (404) 474-7149
                                              Attorney for Creditor
                                              hsmith@mtglaw.com

3

UNITED STATES BANRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE                           :
                                :
JUANITA HIGH WEBB,              :        Case No. 19-03722-TOM13
                                :        Chapter 13
          DEBTOR.               :        Judge TAMARA O MITCHELL
---

### ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY
### AND CO-DEBTOR STAY

      This matter was set for hearing before the Court on March 24, 2022, on the Motion for Relief from Automatic Stay and Co-Debtor Stay (Doc. No. 52) filed by U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust (hereinafter "Movant"). Prior to the hearing, this Court was advised the matter has been settled. Therefore, upon agreement of the parties, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Motion for Relief from Stay is conditionally denied. The Movant shall file a claim for the post-petition mortgage arrearage for February 2022, through March 2022, plus attorney fees and costs in connection with Movant's Motion for Relief from Stay and Co-Debtor Stay, and the Debtor shall file a Motion to Modify the Plan for said arrearage, fees and costs. The arrearage to be put into the plan is as follows:

   | | |
   |---|---|
   | (2) payments @ $690.78 for 02/1/2022 - 03/01/2022 | $1,381.56 |
   | Attorney Fees and Costs for MFR: | $1,238.00 |
   | Less Suspense Balance: | (-$274.88) |
   | Total: | $2,344.68 |

2. The Debtor's Chapter 13 Plan payments shall increase to $548.00 per month, with a fixed payment of $85.00 to the Movant pursuant to the above-referenced claim.

3. Should the Debtor default under the mortgage agreement between the parties by failing to make payments due on the 1st day of each month for the remainder of the Chapter 13 case, beginning April 2022, the Movant may file with the Court a Notice of Default giving the Debtor twenty (20) days to cure. A copy of the Notice of Default shall also be mailed to the Debtor with a copy of this Order.

4. If the default is not cured within twenty (20) days from the date the notice is issued, then the Movant may file a Notice of Termination of Stay with the Court and mail a copy to the Debtor. If the Debtor defaults for a second time, the Movant may file a Notice of Termination of Stay without sending a Notice of Default. Upon filing a Notice of Termination of Stay, the stay shall lift without further Order from the Court. Further, upon lifting of the stays the Movant is allowed to communicate with the Debtor as

required under the note and mortgage or under state law. Waiver of default shall not constitute waiver of subsequent default.

5. If relief from the automatic stay under 11 U.S.C. § 362 becomes effective, this Movant is thereafter entitled to enforce any and all of its right, title, interest in and to the subject property under applicable non-bankruptcy law. The filing and service of Notice of Payment Change and/or Notices of Post-Petition Fees, Expenses, and Charges, as described by FRBP 3002.1(b) and FRBP 3002.1(c) are not required once relief from the automatic stay under 11 U.S.C. § 362 is triggered and becomes effective. Upon entry of this Order granting relief from the automatic stay under 11 U.S.C. § 362, the 14-day stay of Rule FRBP 4001(a)(3) is waived.

Done this the 30th day of March, 2022.

/s/ Tamara O. Mitchell
TAMARA O. MITCHELL
United States Bankruptcy Judge

This document was prepared by:
Mark A. Baker, ASB 2549-E57M
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: (404) 474-7149
Facsimile: (404) 745-8121
E-mail: mbaker@mtglaw.com
Attorneys for Creditor

Consented to by:
/s/ Robert D. Reese
Robert D. Reese
Bond, Botes, Reese & Shinn, P.C.
15 Southlake, Lane Suite 140
Birmingham, AL 35244
Telephone: (205) 802-2200
rreese@bondnbotes.com

/s/ Mary F. Fallaw
Mary F. Fallaw, Staff Attorney
Bradford W. Caraway
Chapter 13 Standing Trustee
PO Box 10848
Birmingham, AL 35202-0848

# Notice Recipients

District/Off: 1126−2  User: admin  Date Created: 3/30/2022
Case: 19−03722−TOM13  Form ID: pdfsty  Total: 10

**Recipients of Notice of Electronic Filing:**
tr    Bradford W. Caraway    ctmail@ch13bham.com
aty   J. Suzanne Shinn       ecfbirmingham@bondnbotes.com
aty   Mark A Baker           mbaker@mtglaw.com
aty   Thomas G Tutten        dcm@tblaw.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Juanita High Webb         883 McCary Street Southwest      Birmingham, AL 35211
cr         Atlas Acquisitions LLC    Attn: Avi Schild    294 Union St    Hackensack, NJ 07601
cr         U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST    RAS Crane    10700 Abbotts Bridge Road    Suite 170    , GA 30097 UNITED STATES
intp       James E. Webb    883 McCary Street SW    Birmingham, AL 35211
10281565   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER    13801 Wireless Way    Oklahoma City, OK 73134
10484124   US Bank Trust NA    SN Servicing Corporation    323 5th Street    Eureka, CA 95501

TOTAL: 6