# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

Juanita High Webb　　　　　　　　　　　}　　**Case No: 19-03722-TOM13**
SSN: XXX-XX-8945　　　　　　　　　　　}
　　DEBTOR(S).　　　　　　　　　　　　}
　　　　　　　　　　　　　　　　　　　}
　　　　　　　　　　　　　　　　　　　}

## ORDER

This matter came before the Court on Thursday, April 13, 2023 09:30 AM, for a hearing on the following:

　　1) RE: Doc #79; Debtor's Objection to Claim #5 US Bank Trust N.A. in the amount of $104,083.60

　　2) RE: Doc #80; Debtor's Objection to Claim #6 US Bank Trust N.A. in the amount of $104,083.60

　　3) RE: Doc #81; Debtor's Objection to Claim #7 US Bank Trust N.A. in the amount of $2,344.68

　　4) RE: Doc #82; Debtor's Objection to Claim #8 US Bank Trust N.A. in the amount of $2,344.68

　　5) RE: Doc #78; Debtor's Motion to Modify Plan

Proper notice of the hearing was given and appearances were made by the following:

　　Robert D. Reese, attorney for Juanita High Webb (Debtor)

　　Charles King, Assistant Chapter 13 Trustee

**It is therefore ORDERED, ADJUDGED and DECREED that:**

1 - 4) Based on arguments of counsel and the pleadings, the Objections are Sustained and the balance of claim numbers 5, 6, 7, and 8 are Disallowed.

5) Based on arguments of counsel and the pleadings, the Motion is Granted and the Debtor's Chapter 13 plan payments are modified to $357.00 per month.

Dated: 04/19/2023　　　　　　　　　　　　　　　/s/ TAMARA O. MITCHELL
　　　　　　　　　　　　　　　　　　　　　　　TAMARA O. MITCHELL
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge